40 P.3d 944

# SUPREME COURT OF HAWAI‘I

Davenport v. City and County of
   Honolulu ...................... 23141      01/15/2002  Granted
State v. Adam .................... 23451      12/12/2001  Granted      97 Hawai‘i 413
                                                                       38 P.3d 581